# Proceeding Minutes / Proceeding Memo

**Case #:** 25-50397   **Case Name:** Henry Paul Daigle, II

**Set:** 06/05/2025 10:00 am   **Chapter:** 13   **Type:** bk   **Judge** Katharine M. Samson

**matter** Confirmation Hearing

---

Minute Entry Re: (related document(s): [10] Confirmation Hearing) No objections filed. Confirmation hearing removed. (mcc)