United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 25-50397-KMS
Henry Paul Daigle, II  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6      User: mssbad      Page 1 of 2
Date Rcvd: Jun 04, 2025      Form ID: n031      Total Noticed: 23

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 06, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Henry Paul Daigle, II, 112 Placid Ln, Carriere, MS 39426-7667 |
| 5488694 | + | Carmela Daigle, 112 Placid Ln, Carriere, MS 39426-7667 |
| 5488703 | + | New Orleans Firemans, Attn: Bankrupcty, 4401 W Napoleon Ave, Metairie, LA 70001-2406 |
| 5515270 | + | Rocket Mortgage, LLC fka Quicken Loans, LLC, Bankruptcy Team, 635 Woodward Avenue, Detroit MI 48226-3408 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: wrs@byrdwiser.com | Jun 04 2025 19:27:00 | Keesler Federal Credit Union, c/o Robert Alan Byrd, P.O. Box 1939, Biloxi, MS 39533-1939 |
| 5488692 | ^ | MEBN | Jun 04 2025 19:24:02 | Achieve Personal Loan, 2114 E Rio Salado Blvd, Tempe, AZ 85281 |
| 5488693 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 04 2025 19:33:57 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5488695 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 04 2025 19:34:00 | Citibank, Po Box 790040, St Louis, MO 63179-0040 |
| 5512000 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 04 2025 19:33:59 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5488696 | + | Email/Text: bankruptcynotices@conns.com | Jun 04 2025 19:27:00 | Conn's HomePlus, 2445 Technology Forest, Building 4, Suite 800, The Woodlands, TX 77381-5258 |
| 5488697 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 04 2025 19:33:48 | Credit One Bank, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5490918 | | Email/Text: mrdiscen@discover.com | Jun 04 2025 19:27:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 5488698 | + | Email/Text: mrdiscen@discover.com | Jun 04 2025 19:27:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 5488699 | | Email/Text: BNSFS@capitalsvcs.com | Jun 04 2025 19:27:00 | First Savings Bank, Attn: Bankruptcy, P.O. Box 5019, Sioux Falls, SD 57117 |
| 5488700 | | Email/Text: bk@freedomfinancialnetwork.com | Jun 04 2025 19:27:00 | Freedom Financial, Attn: Bankruptcy, 1875 South Grant St, Ste 400, San Mateo, CA 94402 |
| 5511434 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 04 2025 19:27:00 | Jefferson Capital Systems LLC, PO Box 7999, St. Cloud, MN 56302-9617 |
| 5488701 | + | Email/Text: melissa.martin@kfcu.org | Jun 04 2025 19:27:00 | Keesler FCU, Attn: Bankruptcy, 2602 Pass Rd, Biloxi, MS 39531-2728 |
| 5490469 | + | Email/Text: melissa.martin@kfcu.org | Jun 04 2025 19:27:00 | Keesler Federal Credit Union, PO Box 7001, Biloxi, MS 39534-7001 |

| District/off: 0538-6 | User: mssbad | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jun 04, 2025 | Form ID: n031 | Total Noticed: 23 |

| | | | | |
|---|---|---|---|---|
| 5514532 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 04 2025 19:34:00 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5488702 | | Email/Text: BANKRUPTCY@DOR.MS.GOV | Jun 04 2025 19:27:00 | MS Dept of Revenue, Bankruptcy Section, PO Box 22808, Jackson, MS 39225-2808 |
| 5490977 | + | Email/Text: wrs@byrdwiser.com | Jun 04 2025 19:27:00 | Robert Alan Byrd, Esq., Byrd & Wiser, Attorneys at Law, for Keesler Federal Credit Union, 145 Main Street, Biloxi, MS 39530-4333 |
| 5488704 | | Email/Text: bankruptcynotices@trustmark.com | Jun 04 2025 19:27:00 | Trustmark National Ban, P O Box 291, Jackson, MS 39205 |
| 5488705 | + | Email/Text: bankruptcydept@wyn.com | Jun 04 2025 19:27:00 | Wyndham Vacation, Attn: Bankruptcy, P.O. Box 98940, Las Vegas, NV 89193-8940 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2025         Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 4, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Robert Alan Byrd | on behalf of Creditor Keesler Federal Credit Union rab@byrdwiser.com  wrs@byrdwiser.com;WandaRitaStanovich@gmail.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Henry Paul Daigle  II trollins@therollinsfirm.com, jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |
| Warren A. Cuntz T1, Jr. | wcuntzcourt@gport13.com  waccourt1@gmail.com |

TOTAL: 4

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:** 25−50397−KMS
**Chapter:** 13

**In re:**

Henry Paul Daigle II
aka Henry P Daigle II, aka Henry P Daigle,
aka Henry Daigle, aka Henry Daigle II
112 Placid Ln
Carriere, MS 39426

### Notice of Entry of Order Confirming Plan

The Court entered an Order on June 4, 2025 (Dkt. # 19 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

| Jackson Office: | Gulfport Office: |
|---|---|
| Clerk, U.S. Bankruptcy Court | Clerk, U.S. Bankruptcy Court |
| Southern District of Mississippi | Southern District of Mississippi |
| Thad Cochran U.S. Courthouse | Dan M. Russell, Jr. U.S. Courthouse |
| 501 East Court Street, Suite 2.300 | 2012 15th Street, Suite 244 |
| Jackson, MS 39201 | Gulfport, MS 39501 |
| 601−608−4600 | 228−563−1790 |

Dated: June 4, 2025                                          Danny L. Miller, Clerk of Court