| Fill in this information to identify the case: |
|---|
| Debtor 1    Henry Paul Daigle, II |
| Debtor 2    _____<br>(Spouse, if filing) |
| United States Bankruptcy Court for the:   SOUTHERN    District of   MISSISSIPPI<br>(State) |
| Case number   25-50397-KMS |

# Official Form 410S2
## Notice of Postpetition Mortgage Fees, Expenses, and Charges 12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

**Name of creditor:**   ROCKET MORTGAGE, LLC FKA QUICKEN LOANS, LLC    **Court claim no. (if known)**   8

**Last four digits** of any number you use to identify the debtor's account:   XXXXXX1061

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**
☒ No
☐ Yes.  Date of the last notice: _____

### Part 1:   Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.

| | Description | Dates incurred | | Amount |
|---|---|---|---|---|
| 1. | Late charges | | (1) | $ 0.00 |
| 2. | Non-sufficient funds (NSF) fees | | (2) | $ 0.00 |
| 3. | Attorney fees | | (3) | $ 0.00 |
| 4. | Filing fees and court costs | | (4) | $ 0.00 |
| 5. | Bankruptcy/Proof of claim fees | 5/28/2025, | (5) | $ 200.00 |
| 6. | Appraisal/Broker's price opinion fees | | (6) | $ 0.00 |
| 7. | Property inspection fees | | (7) | $ 0.00 |
| 8. | Tax advances (non-escrow) | | (8) | $ 0.00 |
| 9. | Insurance advances (non-escrow) | | (9) | $ 0.00 |
| 10. | Property preservation expenses.  Specify: _____ | | (10) | $ 0.00 |
| 11. | Other.  Specify:   Plan Review | 3/31/2025 | (11) | $ $100.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

Official Form 410S2          Notice of Postpetition Mortgage Fees, Expenses, and Charges          page 1

| | | | |
|---|---|---|---|
| Debtor 1 | Henry Paul Daigle, II | Case number (*if known*) | 25-50397-KMS |
| | First Name   Middle Name   Last Name | | |

## Part 2:   Sign Here

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

*Check the appropriate box.*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

X  /s/Fanny  Wan                                      Date  06/27/2025
   Signature

Print:   Fanny                    Wan              Title  Authorized Agent
         First Name   Middle Name   Last Name

Company   McCalla Raymer Leibert Pierce, LLP

Address   1544 Old Alabama Road
          Number    Street
          Roswell              GA         30076
          City                 State      ZIP Code

Contact phone   883-290-7452            Email   Fanny.Wan@mccalla.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

**In re:**　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　　　　)　**Case No.** 25-50397-KMS
Henry Paul Daigle, II　　　　　　　　　　　　　　　)　**Chapter** 13
　　　　　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　　　　)　**JUDGE:** Katharine M. Samson

## **EXHIBIT B**

### ITEMIZATION OF CLAIM

| Other | | | $100.00 |
|---|---|---|---|
| | 03/31/2025 | Review and Analysis of Schedules, Plan, Docket, Loan Docs | $100.00 |
| Bankruptcy/Proof of Claim Fees | | | $200.00 |
| | 05/28/2025 | Preparation and Filing of Proof of Claim | $200.00 |

- **TOTAL POSTPETITION FEES, EXPENSES, AND CHARGES**:　　　　　　　　　　**$300.00**

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.  See 11 U.S.C. § 1322 (b)(5) and Bankruptcy Rule 3002.1

| | |
|---|---|
| In Re:<br>Henry Paul Daigle, II | Bankruptcy Case No.: 25-50397-KMS<br>Chapter: 13<br>Judge: Katharine M. Samson |

## CERTIFICATE OF SERVICE

I, Fanny Wan, of McCalla Raymer Leibert Pierce, LLP, 1544 Old Alabama Road, Roswell, GA 30076, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I caused to be served a copy of the within NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Henry Paul Daigle, II
112 Placid Ln
Carriere, MS 39426

Thomas Carl Rollins, Jr          *(Served via ECF Notification)*
The Rollins Law Firm, PLLC
PO BOX 13767
Jackson, MS 39236

Warren A. Cuntz T1, Jr.          *(Served via ECF Notification)*
P. O. Box 3749
Gulfport, MS 39505-3749

United States Trustee          *(Served via ECF Notification)*
501 East Court Street
Suite 6-430
Jackson, MS 39201

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on:    06/30/2025    By:    */s/Fanny Wan*
                   (date)            Fanny Wan
                                      Authorized Agent for Creditor